**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Chhuong V.,

Petitioner,

v.

David Easterwood, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

**Civil File No. 26-03264 (MJD/SGE)**

---

Byron E. Starns, Jr., Timothy Sanders Szabo, Stinson Leonard Street LLP, Counsel for Petitioner.

Worthington Phillips, Assistant United States Attorney, Counsel for Respondents.

---

On August 28, 2026, the Court granted Petitioner Chhuong V.'s Petition for Writ of Habeas Corpus. (Doc. 8.) As part of that Order, the parties were required to immediately release Petitioner with all his personal effects seized and notify the Court within 48 hours to confirm that the release occurred.

On August 31, 2026, Respondents provided a status update informing the Court that Petitioner was released with his property. (Doc. 10.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Chhuong V.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 15, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court